IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OSAMA ABDALLAH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-1675-KC |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On June 30, 2026, the Court granted in part Osama Abdallah's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. June 30, 2026, Order 3, ECF No. 4.

Respondents have now informed the Court that on July 2, an IJ ordered Abdallah released on a $10,000.00 bond. Status Report, ECF No. 5; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

It appears that the only remaining matter to be resolved in this case is Abdallah's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 14, ECF No. 1; *see generally* June 30, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 8th day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE